# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131259

CITY OF DETROIT,
        Plaintiff-Appellee,

v

                                        SC: 131259
                                        COA: 266143
                                        Wayne CC: 05-516082

COMMERCIAL LAW LAND, L.L.C.,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 12, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006                                         _____

s0821                                                     Clerk